UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION

Miranda Avant-Elliott                )
                                     )
                                     )
                                     )
  Plaintiff(s),                      )
                                     )
v.                                   )   Case No. _____
                                     )   (to be assigned by Clerk of District Court)
St. Louis Public Schools             )
Board of Education                   )
                                     )
                                     )   JURY TRIAL DEMANDED
                                     )
                                     )   YES ✔   NO ☐
                                     )
Defendant(s). (Enter above the full name(s)  )
of all defendants in this lawsuit. Please    )
attach additional sheets if necessary.)      )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

✔ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

___ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

___ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.
**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____ Other (Describe)

## PARTIES

2. Plaintiff's name: Miranda Avant

   Plaintiff's address: 1137 Jolene Dr.
   Street address or P.O. Box

   St. Louis, MO 63137
   City/ County/ State/Zip Code

   314-853-6011
   Area code and telephone number

3. Defendant's name: St. Louis Public Schools Board of Ed.

   Defendant's address: 801 N 11th Street
   Street address or P.O. Box

   St. Louis, MO
   City/County/State/ Zip Code

   314-231-3720
   Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4. If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

_____
(Street Address)         (City/County)              (State)    (Zip Code)

5. When did the discrimination occur? Please give the date or time period:

6/10/2020-6/25/2020

## ADMINISTRATIVE PROCEDURES

6. Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☑ Yes   Date filed: 9/18/20

☐ No

7. Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes   Date filed: May 6, 2021

☐ No

8. Have you received a Notice of Right-to-Sue Letter?

☑ Yes                    ☐ No

If yes, please attach a copy of the letter to this complaint.

9. If you are claiming age discrimination, check one of the following:

_____ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____ fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

## NATURE OF THE CASE

10. The conduct complained of in this lawsuit involves (check only those that apply):

    \_\_\_\_ failure to hire me

    \_\_\_\_ termination of my employment

    ✔ failure to promote me

    \_\_\_\_ failure to accommodate my disability

    \_\_\_\_ terms and conditions of my employment differ from those of similar employees

    ✔ retaliation

    ✔ harassment

    \_\_\_\_ other conduct (specify):

Did you complain about this same conduct in your charge of discrimination?

✔ Yes             ☐ No

4

11. I believe that I was discriminated against because of my (check all that apply):

　　　____ race

　　　____ religion

　　　____ national origin

　　　____ color

　　　✔ gender

　　　____ disability

　　　____ age (birth year is: _____)

　　　____ other:

Did you state the same reason(s) in your charge of discrimination?

　　　✔ Yes　　　　　　　　　　☐ No

12. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

I was demoted in June 2018 from an interim principal position to a teaching position pursuant to a pretextual reduction in force issued on April 17, 2018. I applied for several administrative positions for the 2018/2019 school year and was not offered any of these positions. On or about August 7, 2019, I filed a Charge of Discrimination with the EEOC and MCHR at Charge No. 28E-2019-01396 / E-8/19-51305 related to gender discrimination related to pay disparity and failure to be promoted to a Program Director position which was awarded to a male.

(Continue to page 6, if additional space is needed.)

During the winter 2019 and spring 2020 semesters, I completed a principal application, which also allowed me to be considered for open assistant principal positions. I was interviewed for several assistant principal positions but not forwarded for interviews for any principal positions, even though I was qualified for both positions. On May 28, 2020, I applied for a Career and Technical Education (CTE) Director position. On June 8, 2020, I filed a complaint against Dr. Elizabeth "Beth" Bender about a Facebook post she made that she had racist thoughts and was a recovering racist.

During my EEOC, I ran for union president and was placed on paid leave from Janiary 2021 until April 2021. Once I receive statement of charge letter, I was placed on unpaid leave with no communication indicating as such. A letter was sent to the school district from the union attorney citing retaliation and that I will not attend the hearing. The recommendation from the school district was over turned but an attempt was made for me sign final warning notice to admit guilt. I had to withdraw from my college classes becuase of the stress and anxiety, and experienced this anxiety throughout the length of my leave.

Additionally, I was denied the right to select a school along with my peers after the school I was working at closed. I was assigned to Summner High School where the children regularly fought at the school putting my health and safety at-risk. I evently resigned taking a pay cut to work for a non-profit.

(Attach additional sheets as necessary).

13. The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☑ may still be being committed by the defendant.

## REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you. Make no legal arguments; cite no cases or statutes.

```
I would like the court to award me for loss of wages and
emotional distress
```

14. Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 16 day of FEBRUARY, 2023.

Signature of Plaintiff _Miranda Want ellett_